1  STEVEN F. BUS, ESQ.
   Nevada Bar # 3041
2  Quail Corners South
   611 Sierra Rose Drive, Suite B
3  Reno, NV  89511
   (775)825-2700
4

5  Attorney for Plaintiff

6

            UNITED STATES DISTRICT COURT
7
                  DISTRICT OF NEVADA
8

9  FRANCES WEBB, an individual,          Case No. 3:20-cv-00196-MMD-CLB

                  Plaintiff,
10
   vs.                                    **STIPULATION AND ORDER TO**
11                                        **EXTEND OPPOSITION AND**
   SYNTHES USA SALES, LLC, a              **REPLY**
12 Delaware Limited Liability Company;    **(FIRST REQUEST)**
   DEPUY SYNTHES SALES, INC., a
13 Massachusetts Corporation; and DOES I-
   X inclusive,
14
                  Defendant.
15

16
         Plaintiff Frances Webb and DePuy Synthes Sales, Inc. ("DePuy")
17
   stipulate, pursuant to LR 7-1 and LRIA 6-1(c), to extend the time to file an
18
   opposition and reply to Plaintiff's Motion to Strike or Alternatively Extend
19
   Discovery Deadlines and Order Shortening Time ("Motion") filed by Plaintiff on
20
   March 16, 2022.  The deadline for filing the opposition is March 30, 2022 and the
21
   deadline for filing the reply is April 6, 2022.
22

23

24

                                                              Page 1 of 3

The parties initially attempted to schedule mediation in March. The parties have now agreed to schedule a mediation in early May. The extension is being sought to allow the parties to attempt mediation before preceding with the Motion. In the event mediation is unsuccessful, the opposition will be filed within ten (10) days from the date the mediation concluded with the reply to be filed within seven (7) days after the opposition is filed.

| LAW OFFICES OF STEVEN F. BUS, LTD. | KAEMPFER CROWELL |
|---|---|
| /s/ Steven F. Bus<br>Steven F. Bus, Esq.<br>THE LAW OFFICES OF STEVEN F. BUS, LTD.<br>Quail Corners South<br>611 Sierra Rose Drive<br>Reno, Nevada 89511<br><br>Attorney for Plaintiff Frances Webb | /s/Robert McCoy<br>Donn C. Alexander, Esq.<br>Kenneth L. Moskow, Esq.<br>JONES, SKELTON & HOCHULI<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br><br>Robert McCoy, Esq.<br>Sihomara L. Graves, Esq.<br>KAEMPFER CROWEL<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>Attorneys for Defendant DePuy Synthes Sales, Inc. |

IT IS SO ORDERED.

Dated: March 23, 2022

_____
UNITED STATES MAGISTRATE JUDGE

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____